PAUL GEANEAS, Respondent, *v.* ARTHUR E. FANROTH, Appellant.

(Argued December 5, 1929; decided January 7, 1930.)

*Charles L. Craig* for appellant.

*Bruce R. Duncan* and *Mitchell Klupt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.